360 A.2d 671
Downing Appeal.

Argued June 16, 1976. Michael J. Downing, appellant, *in propria persona*; Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, submitted a brief for appellee.

Order affirmed.